# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMED F. GAD | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-198 |
| | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF NORTHAMPTON, ET AL. | : : : | |

# ORDER

This 28th day of July, 2021, upon careful and independent consideration of the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and Petitioner's Objections, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge